Joe S. CANTU, Jr., Claimant–Appellant,

v.

R. James NICHOLSON, Secretary of Veterans Affairs, Respondent–Appellee.

No. 06–7034.

United States Court of Appeals, Federal Circuit.

April 11, 2006.

Joe S. Cantu, Jr., pro se.

### ORDER

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

Agrifina C. BARO, Claimant–Appellant,

v.

R. James NICHOLSON, Secretary of Veterans Affairs, Respondent–Appellee.

No. 2006–8064.

United States Court of Appeals, Federal Circuit.

April 11, 2006.

Agrifina C. Baro, pro se.

ORDER

Order Vacated, See 2006 WL 1737238.

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.